US DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH SKORUPA INDIVIDUALLY AND
AS ADMINISTRATOR OF THE ESTATE
OF JANICE SKORUPA

      VS                1:24-CV-00401

U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE
FOR TOWD POINT MORTGAGE TRUST 2020-4
SELECT PORTFOLIO SERVICING, INC.

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff by his attorney voluntarily dismisses this complaint without prejudice pursuant to FRCP 41(1)(A)(1)

October 8, 2024

JOSEPH SKORUPA
INDIVIDUALLY AND
AS ADMINISTRATOR OF
THE ESTATE OF JANICE
SKORUPA

By his attorney,

/s/ John B. Ennis
JOHN B. ENNIS, ESQ., #2135
1200 Reservoir Avenue
Cranston, Rhode Island 02920
(401) 943-9230
Jbelaw75@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that this Stipulation was served on all attorneys of record by electronic filing on October 8, 2024.

/s/ John B. Ennis